# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 09-350 (DWF/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Jospeh Anthony Graziola, III, | |
| Defendant. | |

Leshia M. Lee-Dixon, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Lyonel Norris, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated April 13, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Joseph Anthony Graziola, III's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [12]) is **DENIED**.

2. Defendant Joseph Anthony Graziola, III's Pretrial Motion to Suppress Evidence (Doc. No. [14]) is **DENIED**.

Dated: May 3, 2010          <u>s/Donovan W. Frank</u>
                                       DONOVAN W. FRANK
                                       United States District Judge